AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br>ex rel. Kevin Grupp and Robert Moll<br>  v.<br><br>DHL EXPRESS (USA), INC., et al., | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 08-CV-301C |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the defendants' motion to dismiss is Granted

and the complaint is Dismissed with prejudice.


Date: September 12, 2014                    MICHAEL J. ROEMER, CLERK


                                            By: s/Suzanne Grunzweig
                                                Deputy Clerk