UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

The United States of America

       *ex. rel.*

Kevin Grupp and Robert Moll,

                    Plaintiffs-Appellants,

   v.                                                      Civil No.: 08-CV-301C

DHL Express (USA), Inc.,
DHL Worldwide Express, Inc., and
DPWN Holdings (USA), Inc., (f.k.a. DHL Holdings (USA), Inc.),

                      Defendants-Appellees.

---

# NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Kevin Grupp and Robert Moll hereby appeal to the United States Court of Appeals for the Second Circuit from the September 12, 2014 Judgment dismissing the complaint in this action with prejudice, *see* docket no. 66, and from the Order, entered September 11, 2014, granting Defendants' motion to dismiss the complaint, *see* docket no. 65.

Dated: September 17, 2014

        Respectfully Submitted,

        **HODGSON RUSS LLP**
  By:   s/John L. Sinatra, Jr.
         Daniel C. Oliverio, Esq.
         John L. Sinatra, Jr., Esq. and
         Reetuparna Dutta, Esq.
 140 Pearl Street, Suite 100
 Buffalo, New York   14202-4040
 Telephone:  (716) 856-4000
*Attorneys for Plaintiffs-Appellants*
*Kevin Grupp and Robert Moll*

- 2 -