UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



The United States of America ex rel.
 Kevin Grupp and Robert Moll,

                        Plaintiff,

            V                                                1:08-CV-301(JTC)

DHL Express (USA), Inc., et al,

                        Defendant.

      A certified copy of the Mandate of the United States Court of Appeals for the Second Circuit dated March 23, 2015 and issued as Mandate on May 20, 2015, having been filed in the Office of the Clerk of this Court on May 20, 2015, it is hereby

      ORDERED, ADJUDGED AND DECREED that said Mandate be, and hereby is, made the Judgment of this Court.

                                                          _____
                                                           JOHN T. CURTIN
                                                           United States District Judge

Dated:  Buffalo, New York
           June       , 2015